IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAMERON CARODINE,<br><br>　　　　　Defendant. | 8:21CR100<br><br>ORDER |

　　　This matter is before the court on the motion of Jessica P. Douglas to withdraw as counsel for the defendant, Cameron Carodine. (Filing No. 23). Jessica P. Douglas represents that she is relocating to Illinois and can no longer maintain a private practice in Nebraska. Jessica P. Douglas's motion to withdraw (Filing No. 23) is granted.

　　　Dana C. Bradford III, 6457 Frances Street, Suite 100, Omaha, NE 68106, (402) 344-4000, is appointed to represent Cameron Carodine for the balance of these proceedings pursuant to the Criminal Justice Act. Jessica P. Douglas shall forthwith provide Dana C. Bradford III with the discovery materials provided the defendant by the government and such other materials obtained by Jessica P. Douglas which are material to Cameron Carodine's defense.

　　　The clerk shall provide a copy of this order to Dana C. Bradford III and the defendant.

　　　**IT IS SO ORDERED.**

　　　Dated this 21st day of July, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge